SO ORDERED.

Dated: April 16, 2019

Eddward P. Ballinger Jr., Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 13 |
|---|---|
| STEVEN POULOS, | Case No. 2:19-bk-01458-EPB |
| Debtor. | |
| DEER VALLEY CREDIT UNION, | |
| Movant, | |
| v. | |
| STEVEN POULOS; and RUSSELL BROWN, Chapter 13 Trustee, | |
| Respondents. | |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY REGARDING 2006 LEXUS GX470**

Deer Valley Credit Union ("DVCU"), a secured creditor, having filed and noticed a *Motion for Relief from the Automatic Stay and the Co-Debtor Stay Regarding 2006 Lexus GX470* (the "Motion"), no objections having been filed, counsel for DVCU having filed a *Certificate of Service and of No Objection* to the Motion, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362(a) and the co-debtor stay of U.S.C. § 1301(a) is terminated as to the Debtor, the Debtor's bankruptcy estate, the

2006 Lexus GX470, VIN JTJBT20X560106703, (the "Collateral"), the Co-Debtor, Michelle R. Davis-Poulos, and DVCU. DVCU may proceed to enforce its lien on the Collateral in accordance with the Uniform Commercial Code and to otherwise exercise its available contractual rights and remedies through state-law remedies and valid legal action against all parties with respect to the Collateral.

2. This Order is without prejudice to any additional rights DVCU may have under Title 11 of the United States Code.

**DATED AND SIGNED ABOVE.**