# Notice Recipients

District/Off: 0970−2  User: brennerc  Date Created: 2/5/2020
Case: 2:19−bk−01458−EPB  Form ID: pdf003  Total: 3

**Recipients of Notice of Electronic Filing:**
tr  RUSSELL BROWN  mail@ch13bk.com
aty  TIMOTHY D. DUCAR  orders@azlawyers.com
                                                                                              TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  STEVEN POULOS  40738 N. ROBINSON DRIVE  PHOENIX, AZ 85086
                                                                                              TOTAL: 1