/s/ Russell Brown  
CHAPTER 13 TRUSTEE  
3838 North Central Avenue, Suite 800  
Phoenix, Arizona 85012-1965  
Email: mail@ch13bk.com

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF ARIZONA

| STEVEN POULOS | Chapter 13 |
|---|---|
| 40738 NORTH ROBINSON DRIVE | Case No. 2-19-bk-01458 EPB |
| PHOENIX, AZ 85086 | **TRUSTEE'S 2020 ANNUAL STATUS REPORT OF RECEIPTS AND DISBURSEMENTS** |
| Debtor. | |

This is an annual status report of receipts (plan payments) for up to two years and all disbursements (payments) by the Trustee to creditors. **Debtors may view their case information through the National Data Center; sign up at www.ndc.org.** If a debtor or creditor has any question about the claims/debts paid by the Trustee, CONTACT YOUR ATTORNEY. If the Debtor. have a question about the data shown, then send an email to mail@ch13bk.com.

### Dates
Petition Date: 2/11/2019  
Plan Payment Start Date: 3/13/2019  
Plan Confirmed On: 2/5/2020  
Last Payment Received: 6/22/2020  
Last Disbursement Date: 5/29/2020

### Plan Payment Schedule
| Pmt Amt | Month # | | Month # |
|---|---|---|---|
| 525.00 | 1 | through | 5 |
| 425.00 | 6 | through | 6 |
| 515.00 | 7 | through | 60 |

### Tax Returns & Refunds
If the Debtor is required by the plan or order confirming plan to provide state and federal income tax returns, tax refunds, or both, to the Trustee but has not done so, then the Trustee is requesting that the Debtor do so and send the return(s) to his or her attorney who will get the returns to the Trustee.

### Plan Payments Received by Trustee or Payment Refunds

If a debtor has a question about a payment not shown below, provide the Trustee with a copy of the front *and* back of the cashier's check or money order. Plan payments can be made online through *www.tfsbillpay.com* **or** *app.courtcompass.com*.

Plan payments are current.  
The total amount of plan payments received: $10,027.00  
The amount of trustee fee taken on receipts: $593.25  
Amount of Undistributed Funds: $487.16

***Covers receipts posted June 1, 2018, through May 31, 2020.***

| Date | Ck # | Amount | Date | Ck # | Amount | Date | Ck # | Amount |
|---|---|---|---|---|---|---|---|---|
| 5/20/20 | TFS | 515.00 | 4/20/20 | TFS | 515.00 | 3/20/20 | TFS | 515.00 |
| 2/21/20 | TFS | 515.00 | 1/21/20 | TFS | 515.00 | 12/20/19 | TFS | 515.00 |
| 11/20/19 | TFS | 515.00 | 10/22/19 | TFS | 515.00 | 10/22/19 | 102220191 | 1,827.00 |
| 9/20/19 | TFS | 515.00 | 8/20/19 | TFS | 425.00 | 7/22/19 | TFS | 525.00 |
| 6/20/19 | TFS | 525.00 | 5/20/19 | TFS | 525.00 | 4/22/19 | TFS | 525.00 |
| 3/20/19 | TFS | 525.00 | | | | | | |

*Disbursement information (payments to creditors) is on the next page.*

## Disbursements to Administrative Expenses / Claimants / Creditors

The Court confirmed a Plan on 2/5/2020. The Trustee's last disbursement was on 5/29/2020 and the amount paid out on claims and debts to date is $9,539.84. The amount of Trustee's percentage fee paid is $593.25.

| Pmt Seq | Creditor Name | Trustee or Court Claim No. | Last Pmt Date | Claim Class | Claim Type(s) | Debt Amount | Principal Paid | Interest Rate | Interest Paid | Total Paid | Principal Balance of Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | | | | | | | | | | | |
| | LAW OFFICES OF TIMOTHY D. DUCAR | | | L | | 0.00 | 0.00 | | 0.00 | 0.00 | **0.00** |
| 33 | | | | | | | | | | | |
| | FREEDOM FINANCIAL ASSET MANAGEMEN | 003 | 5/29/20 | U | | 44,538.68 | 7,229.10 | | 0.00 | 7,229.10 | **37,309.58** |
| | RESURGENT CAPITAL SERVICES | 004 | 5/29/20 | U | | 7,167.95 | 1,163.42 | | 0.00 | 1,163.42 | **6,004.53** |
| | RESURGENT CAPITAL SERVICES | 005 | 2/26/20 | U | | 116.51 | 15.84 | | 0.00 | 15.84 | **100.67** |
| | PORTFOLIO RECOVERY ASSOCIATES LLC (P | 006 | 5/29/20 | U | | 3,316.15 | 538.23 | | 0.00 | 538.23 | **2,777.92** |
| 34 | *Trustee anticipates no payment or no further payment on these debts:* | | | | | | | | | | |
| | DEER VALLEY CREDIT UNION | 001 | | S | V | 9,162.47 | 0.00 | | 0.00 | 0.00 | **9,162.47** |
| | GREENSKY LLC | 002 | | S | P | 28,074.93 | 0.00 | | 0.00 | 0.00 | **28,074.93** |

Explanation of disbursement codes:

(1) A payment sequence of 34 or greater means the Trustee will not make, or make no more, payments to the creditor.
(2) Under Claim Number, a "#" refers to a claim that the Court has disallowed.
(3) Claim Class codes: "C" = continuing payment; "L" = legal/administrative expense; "P" = priority; "S" = secured; "U" = unsecured
(4) Claim Type: "A" = arrears; "E" = expense claim; "F" = 3002.1 expense; "M" = mortgage; "P" = personal property; "R" = residence; "V" = vehicle

In re POULOS        Case No. 2-19-bk-01458-EPB        Page 2

If the Trustee has an email address for the Debtor, then the Trustee sent the Annual Report by email. If the email was bounced back or the Trustee has no email address, the Trustee sent a paper copy to the address appearing in the caption on the first page, and to a separate mailing address for the joint debtor, if the Trustee has that information.